# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 6:14CR00232-01 |
| VS. | : | JUDGE MINALDI |
| KEVIN MARKEL RICHARD | : | MAGISTRATE JUDGE KAY |

## AMENDED JUDGMENT

IT IS ORDERED, ADJUDGED and DECREED that the Judgment dated April 12, 2016, accepting the defendant's guilty plea IS HEREIN AMENDED to reflect that Kevin Markel Richard pleaded guilty to COUNT TWO of the Indictment. All remaining portions of the April 12, 2106 Judgment shall remain unchanged.

Lake Charles, Louisiana, this _10_ day of May, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE